IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADAM BAKER, as Personal Representative
to the Estate of ZACHARY BARELA

      Plaintiff,

v.                                               No. 2:22-cv-00152-KWR-KRS

CORIZON HEALTH, INC.,
and JOHN/JANE DOE,

      Defendants.

## STIPULATED ORDER GRANTING MOTION EXTENDING DEADLINE TO PROCEED UNDER D.N.M.LR-Civ. 37.1

THIS MATTER came before the Court pursuant to Plaintiff's Motion to Extend Deadline (Doc. 24). The Court having read the pleadings, finding good cause is stated therein, and noting that the Motion is unopposed, hereby grants the Motion and extends the deadline for the parties to proceed under D.N.M.LR-Civ. 37.1 until August 30, 2022.

      IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE

Respectfully submitted by:

COYTE LAW, P.C.

*/s/ Matthew E. Coyte*
Matthew E. Coyte
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
(505) 244-3030
mcoyte@me.com

-and-

THE LAW OFFICE OF MATTHEW VANCE

*/s/ Lisa Y. Schatz-Vance*
Lisa Y. Schatz-Vance
Matthew Vance
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
(505) 242-6267
lisa@mattvancelaw.com
mattvance@mattvancelaw.com
*Attorneys for Plaintiff*


SCOTT HULSE, P.C.

Email approval 08/08/2022
Henry J. Paoli
Casey S. Stevenson
201 North Church Street, Suite 201
Las Cruces, NM 88001
(575) 522-0765
hpao@scotthulse.com
ste@scotthulse.com