IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADAM BAKER, as Personal Representative
to the Estate of ZACHARY BARELA

      Plaintiff,

v.                           No. 2:22-cv-00152-KWR-KRS

CORIZON HEALTH, INC.,
and JOHN/JANE DOE,

      Defendants.

## ORDER GRANTING STIPULATED
## MOTION TO EXTEND SCHEDULING ORDER DEADLINES

THIS MATTER, having come before the Court on the Stipulated Motion to Extend Scheduling Order Deadlines ("Motion"), the Court having considered the Motion and being otherwise advised in the premises, and all parties being in agreement, find that the Motion is well-taken and should be granted;

IT IS THEREFORE ORDERED that the deadlines imposed by this Court's Scheduling Order entered on May 24, 2022 (Doc. 14), as modified by this Court's Order Granting Stipulated Motion to Extend Scheduling Order Deadlines (Doc. 37), are hereby extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff to identify expert trial witnesses and provide expert reports | September 26, 2022 | November 25, 2022 |
| Defendants to identify expert trial witnesses and provide expert reports | October 26, 2022 | December 26, 2022 |
| Termination of discovery | November 21, 2022 | January 20, 2023 |
| File motions related to discovery | December 12, 2022 | February 10, 2023 |
| File pretrial motions other than discovery, including *Daubert* | December 22, 2022 | February 20, 2023 |

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

COYTE LAW, P.C.

*/s/ Matthew E. Coyte*
Matthew E. Coyte
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
(505) 244-3030
mcoyte@me.com

-and-

LAW OFFICE OF MATTHEW VANCE, P.C.

*/s/ Lisa Y. Schatz-Vance*
Lisa Y. Schatz-Vance
Matthew Vance
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
(505) 242-6267
lisa@mattvancelaw.com
mattvance@mattvancelaw.com
*Attorneys for Plaintiff*
Approved:

SCOTT HULSE, P.C.

*Approved via email on 09/12/2022*
Henry J. Paoli
Casey S. Stevenson
201 North Church Street, Suite 201
Las Cruces, NM 88001
(575) 522-0765
hpao@scotthulse.com
cste@scotthulse.com
*Attorneys for Defendant Corizon Health, Inc.*