IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADAM BAKER, as Personal Representative to the
Estate of ZACHARY BARELA,

    Plaintiff,

v.                                                    No. 2:22-cv-152 KWR/KRS

CORIZON HEALTH, INC.,

    Defendant.

## ORDER STAYING CASE PURSUANT TO BANKRUPTCY FILING

THIS MATTER comes before the Court on Defendant Corizon Health, Inc.'s Suggestion of Bankruptcy and Notice of Automatic Stay, (Doc. 62), filed February 15, 2023.  Defendant indicates that it filed a voluntary petition in the United States Bankruptcy Court for the Southern District of Texas, pursuant to Chapter 11 of the Bankruptcy Code, and that Section 362 of the Bankruptcy Code provides that the commencement of the Chapter 11 case operates as a stay of the continuation of a judicial action against Defendant.  (Doc. 62).  No party has filed a response refuting Defendant's assertion.  Accordingly, pursuant to 11 U.S.C. § 362(a) of the Bankruptcy Code, an automatic stay of these proceedings is now in effect.  *See, e.g., In re Escobedo*, 2014 WL 3051208, at *2 (Bankr. D.N.M.) ("When a bankruptcy petition is filed, § 362(a) automatically stays any proceeding or enforcement action against the debtor.").  Counsel shall notify the Court if and when the stay is lifted.

    IT IS SO ORDERED.

                                                                     _____
                                                                      KEVIN R. SWEAZEA
                                                                      UNITED STAGES MAGISTRATE JUDGE