# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ADAM BAKER, as Personal Representative
to the Estate of ZACHARY BARELA

       Plaintiff,

v.                                 No. 2:22-cv-00152-KWR-KRS

CORIZON HEALTH, INC., et al.,

       Defendants.

## JOINT STATUS REPORT REGARDING BANKRUPTCY PROCEEDINGS

Plaintiff, Adam Baker as Personal Representative to the Estate of Zachary Barela, by and through counsel, Coyte Law P.C. (Matthew Coyte), and Law Office of Matthew Vance, P.C. (Matthew Vance) and Defendant, Corizon Health, Inc., by and through counsel Hall and Evans, LLC (Paul T. Yarbrough), hereby provide the following status report to the Court as follows:

1.     In an Order dated January 5th, 2026 (ECF 76), the Court requested a joint status report regarding the bankruptcy proceedings *In re: Tehum Care Services, Inc*. No. 23-90086, (Bankr. S.D. Tex.) if closing documents in this matter had not been filed before March 30th, 2026.

2.     The parties provide the following joint status report:

3.     On February 17, 2026, the successors in interest to Corizon failed to make their monthly payment to the bankruptcy trusts.

4.     On March 4, 2026, the Bankruptcy Trusts provided notice of default resulting in an automatic termination of the bankruptcy channeling Injunction (*In re Tehum Care Services, Inc.,* No. 23-90086, ECF 2617 (Bankr. S.D. Tex. Mar. 4, 2026).[1]

---

[1] For ease of access, the full document can be viewed online at
https://www.veritaglobal.net/tehum/document/2390086260304000000000001.

5.     The termination of the channeling injunction results in Plaintiff (and all other similarly situated creditors) having 90 days, or until June 6, 2026, to commence causes of action against the released parties which includes, but is not limited to, YesCare Corp., and CHS TX Inc..

6.     The bankruptcy trusts are expected to initiate litigation against the successors in interest and other corporate entities in April of 2026.

7.     Plaintiff has sought approval from the Defendants in the instant case to substitute YesCare Corp., and CHS TX Inc., as successors in interest to Corizon. Defendants take the position that only CHS TX is the proper substitute without the inclusion of YesCare.

8.     Defendants are waiting to hear back from the corporate entities involved in the bankruptcy to determine their position.

9.     Plaintiff requests the Court set a status conference to discuss the substitution of corporate defendants and to discuss a new scheduling order.


Respectfully submitted,

COYTE LAW, P.C.
/s/ Matthew E. Coyte
Matthew E. Coyte
3800 Osuna Rd NE, Suite 2
Albuquerque, NM 87109
(505) 244-3030
mcoyte@me.com

-and-

LAW OFFICE OF MATTHEW VANCE, P.C.
/s/ Matthew Vance
Matthew Vance
3800 Osuna Rd NE, Suite 2
Albuquerque, NM 87109

2

3

(505) 242-6267
mattvance@mattvancelaw.com
*Attorneys for Plaintiff*


Hall & Evans, LLC
*Approved via email on 3/30/2026*
Paul Yarbrough
125 Lincoln Avenue, Ste. 225
Santa Fe, NM 87501
(505) 303-4592
yarbroughp@hallevans.com
*Attorney for Defendant Corizon*


## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March 2026, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means.


*/s/ Matthew E. Coyte*
Matthew E. Coyte

3