**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ADAM BAKER, as Personal Representative to the
Estate of ZACHARY BARELA,

       Plaintiff,

v.                                  No. 2:22-cv-152 KWR/KRS

CHS TX, INC.,

       Defendant.

**ORDER GRANTING [91] DEFENDANT CHS TX, INC.'S CORRECTED MOTION FOR**
**WITHDRAWAL OF COUNSEL**

THIS MATTER is before the Court on Defendant CHS TX, Inc.'s Corrected Motion For Withdrawal of Counsel (Corrected Motion). (Doc. 91). Finding good cause, and noting that the Corrected Motion represents that there is agreement among the parties and that the consent of the client (CHS TX, Inc.) has been obtained, the Motion is **GRANTED**. Accordingly, it is **ORDERED** that:

The appearances of Attorneys Cari Neill, Paul T. Yarbrough, and Stanley James Cassavant of the Law Firm Hall & Evans, LLC (the Withdrawing Attorneys), are **WITHDRAWN**.

Notice is hereby given that, as a corporate entity, CHS TX, Inc. may appear only through licensed counsel. CHS TX, Inc. is **ORDERED** to obtain substitute counsel or seek an extension on or before **June 4, 2026**. Failure to do so may result in the striking of filings, entry of default, and/or other sanctions.

The Withdrawing Attorneys shall serve a copy of this Order on the individuals identified in the Corrected Motion as the corporate representatives of CHS TX, Inc. The Clerk of Court is

directed to add said individuals to the docket as the contact information for Defendant CHS TX, Inc. until such time as replacement counsel is obtained.

IT IS SO ORDERED this 21st day of May, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE