**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ADAM BAKER, as Personal Representative to the
Estate of ZACHARY BARELA,

      Plaintiff,

v.                                                                    No. 2:22-cv-152 KWR-KRS

CHS TX, INC.,

      Defendant.

## ORDER STAYING CASE PURSUANT TO BANKRUPTCY FILING

THIS MATTER comes before the Court on Defendant CHS TX, Inc.'s Suggestion of Bankruptcy filed May 11, 2026. *See* (Doc. 87 at 2). CHS TX, Inc. indicates that it filed a voluntary petition in the United States Bankruptcy Court for the Middle District of Florida, pursuant to Chapter 11 of the Bankruptcy Code, and that Section 362 of the Bankruptcy Code provides that the commencement of the Chapter 11 case operates as a stay of the continuation of a judicial action against Defendant. (*Id.*). Accordingly, pursuant to 11 U.S.C. § 362(a) of the Bankruptcy Code, an automatic stay of these proceedings is now in effect. *See, e.g., In re Escobedo*, Bankruptcy No. 7–14–11269 TL, Adversary No. 14–10692014 WL 3051208, at *2 (Bankr. D.N.M. July 3, 2014) ("When a bankruptcy petition is filed, § 362(a) automatically stays any proceeding or enforcement action against the debtor."). The parties shall notify the Court if and when the stay is lifted.

IT IS SO ORDERED this 21st day of May, 2026.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE